People v Hatcher (2024 NY Slip Op 03463)

People v Hatcher

2024 NY Slip Op 03463

Decided on June 25, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 25, 2024

Before: Kern, J.P., Singh, Scarpulla, Pitt-Burke, Higgitt, JJ. 

Ind. No. 2954/17 Appeal No. 2543 Case No. 2019-05267 

[*1]The People of the State of New York, Respondent,
v
James Hatcher, Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin Rutkin-Becker of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Peter Rienzi of counsel), for respondent.

Judgment, Supreme Court, New York County (Steven M. Statsinger, J., at speedy trial motion and sentencing; Barry E. Warhit, J., at plea), rendered August 28, 2019, convicting defendant of assault in the first degree, and sentencing him, as a second felony offender, to a term of eight years, unanimously affirmed.
Regardless of whether defendant validly waived his right to appeal, his statutory speedy trial claim has been forfeited by his guilty plea (see People v O'Brien, 56 NY2d 1009 [1982]; People v Lara-Medina, 195 AD3d 542, 542-543 [1st Dept 2021], lv denied 37 NY3d 993 [2021]). As an alternative holding, we find that defendant's speedy trial motion was properly summarily denied. Defendant did not raise any factual dispute in support of his motion and did not raise any factual dispute in response to the People's showings of excludable time that would require a hearing (see People v Winston, 177 AD3d 524, 525 [1st Dept 2019], lv denied 34 NY3d 1164 [2020]; People v Rosa, 164 AD3d 1182, 1183 [1st Dept 2018], lv denied 32 NY3d 1114 [2018]). Defendant's related claims are unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 25, 2024